# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 7, 2025

*By the Court:*

| No. 25-2249 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> MICHAEL J. MADIGAN, <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cr-00115-1 <br> Northern District of Illinois, Eastern Division <br> District Judge John Robert Blakey ||

Upon consideration of the **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**, filed on August 6, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by October 2, 2025.

2. The brief of the appellee is due by November 3, 2025.

3. The reply brief of the appellant, if any, is due by November 24, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)