# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 3, 2025

*By the Court:*

| No. 25-2249 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  MICHAEL J. MADIGAN, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cr-00115-1  Northern District of Illinois, Eastern Division  District Judge John Robert Blakey ||

The following are before the court:

1. **MOTION FOR STAY OF OCTOBER 13, 2025, SURRENDER DATE AND FOR RELEASE PENDING APPEAL**, filed on September 4, 2025, by counsel for the appellant.

2. **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT-APPELLANT'S MOTION FOR RELEASE PENDING APPEAL**, filed on September 19, 2025, by counsel for the appellee.

3. **REPLY IN SUPPORT OF MOTION FOR STAY OF OCTOBER 13, 2025, SURRENDER DATE AND FOR RELEASE PENDING APPEAL**, filed on September 23, 2025, by counsel for the appellant.

**IT IS ORDERED** that the motion to stay the report date and remain on bond pending appeal is **DENIED**. *See* 18 U.S.C. § 3143(b)

form name: **c7_Order_BTC**   (form ID: **178**)