# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 27, 2026

*Before*

**FRANK H. EASTERBROOK,** *Circuit Judge*
**MICHAEL Y. SCUDDER,** *Circuit Judge*
**NANCY L. MALDONADO,** *Circuit Judge*

|  | UNITED STATES OF AMERICA, Plaintiff - Appellee |
|---|---|
| No. 25-2249 | v. |
|  | MICHAEL J. MADIGAN, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cr-00115-1 |
| Northern District of Illinois, Eastern Division |
| District Judge John Robert Blakey |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)